UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA            CRIMINAL ACTION

VERSUS

RAMON ANDERSON            NO.: 11-00096-BAJ-RLB

## RULING AND ORDER

Before the Court is the **Motion to Vacate Under 28 U.S.C. 2255 (Doc. 72)** filed by Defendant, Ramon Anderson, requesting that the Court vacate his sentence in light of *Johnson v. United States*, 576 U.S. ___, 135 S. Ct. 2551 (2015). In *Johnson*, the Supreme Court held that the Armed Career Criminal Act's ("ACCA"), 18 U.S.C. § 924(e), residual clause is unconstitutionally vague. In accordance with the Court's previous order in Case No. 11-cr-147 (Doc. 76), the motion is **DENIED**.

I. **BACKGROUND**

On July 10, 2012, in Case No. 11-cr-96, Petitioner pleaded guilty to failure to register as a sex offender under 18 U.S.C. § 2250(a). (Doc 40). On June 12, 2012, in Case No. 11-cr-147, after a jury trial, Petitioner was found guilty of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). (Doc. 76 at p. 1). On March 12, 2013, the Court sentenced Petitioner to a term of imprisonment of 84 months in Case No. 11-cr-96 and Case No. 11-cr-147, to run concurrently. (Doc. 59). On June 24 2016, Petitioner filed a motion to vacate, under 28 U.S.C. § 2255, in Case No. 11-cr-96 and Case No. 11-CR-147. (Doc. 72). The Government responded. (Doc. 75).

On November 13, 2017, the Court entered a ruling in Case No. 11-cr-147 (Doc. 76). The Court denied Petitioner's § 2255 motion in that case because it found that Petitioner was not sentenced under the residual clause of the ACCA, and therefore, *Johnson* did not apply to Petitioner. (*Id.* at pp. 2–3).

## II. DISCUSSION

As the Court noted in its earlier order, Petitioner was sentenced at the same time in Cases No. 11-cr-96 and 11-cr-147. (Doc. 76 at p. 1). Accordingly, Petitioner was not sentenced under the ACCA's residual clause, and he is therefore not entitled to relief.

## III. CONCLUSION

Accordingly,

**IT IS ORDERED** that the motion (Doc. 72) is **DENIED**.

Baton Rouge, Louisiana, this 11th day of May, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**